**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AJ RUIZ CONSULTORIA EMPRESARIAL
S.A.,

                Plaintiff,

      -against-                           22 **CIVIL** 538 (LGS)

                                               **JUDGMENT**

BANK OF CHINA LIMITED, et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated June 3, 2022, Plaintiff's motion to withdraw the

bankruptcy reference is DENIED without prejudice to any renewed motion to withdraw when

the case is trial ready.

**Dated:**  New York, New York

      June 9, 2022

                                      **RUBY J. KRAJICK**

                                         **Clerk of Court**

       **BY:**              *K. mango*

                                         **Deputy Clerk**